Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax:   707-576-1878
Attorneys for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re     Lisa M Leandro          Case No.   09-12028
          Debtor(s)               Chapter    13
                                  Date:      December 21, 2009, 1:30 PM
                                  Place      Santa Rosa, CA

## ORDER VALUING LIEN OF JPMORGAN CHASE BANK N.A. AS $0

A hearing on Debtor's motion to value lien of JP Morgan Chase Bank N.A. (Lienholder) as $0, was heard at the above date and time. Evan Livingstone appeared for debtor. There was no appearance by Lienholder. The Court finds that notice was proper and good cause has been shown. THE COURT ORDERS:

1) For purposes of Debtor's chapter 13 plan only, the lien which Lienholder holds on Debtor's Real Property at 6414 Old Redwood Hwy, Santa Rosa, CA, APN 163-012-028-000 ("Real Property"), which is based on a loan made on 1/10/07 by Washington Mutual Bank (loan number 1001000000000762893832), is valued at zero dollars ($0), and may not be enforced, pursuant to 11 U.S.C. §§506, 1322(b)(2) and 1327.

2) Upon entry of discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes. However if Debtor's chapter 13 plan is dismissed or converted to another chapter under the bankruptcy code, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable law.

Dated: December 24, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge